IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DIRECTV, INC.                                                                    Plaintiff

vs.                                              4:03-CV-377 JMM

AUSTIN LUCAS                                                                Defendant

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled as to the above named defendant.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice as to the above named defendant pursuant to the terms of the settlement agreement. The Court retains complete jurisdiction for  30  days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot.

Dated this 20th day of October, 2005.

UNITED STATES DISTRICT JUDGE